**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-00898-REB-BNB

MARIANO DELACRUZ,

    Plaintiff,

v.

THEODOR LAWRENCE, P.A., Assistance Medical, and
KELLIE WASKO, #11845, Medical Administrator,

    Defendants.

## ORDER OF DISMISSAL

On November 9, 2006, Plaintiff was ordered either to make the required monthly payments for July, August, September, and October 2006 (*see* Doc. # 14) or to show cause why he has no assets and no means by which to make the monthly payments. Plaintiff was warned that failure to comply with that Order would result in a dismissal of the complaint and the action.  Plaintiff has failed either to make the monthly payments or to show cause why he has no assets and no means by which to make the monthly payments. Therefore, Plaintiff has failed to comply without excuse or justification with the Court's November 9, 2006, Order.  Accordingly, it is

**ORDERED** that the complaint and the action **ARE DISMISSED** with prejudice.

DATED December 18, 2006.

                                              **BY THE COURT:**

                                              s/ Robert E. Blackburn
                                              **Robert E. Blackburn
                                              United States District Judge**